```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 03783
   MARIOLA B PEREZ
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6256


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 02/19/2008 and was not confirmed.

    The case was dismissed without confirmation 06/26/2008.
-----------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
 GRP FINANCIAL SERVICES C  NOTICE ONLY     NOT FILED             .00            .00
 TARGET NATIONAL BANK      UNSECURED        16568.16             .00            .00
 GRP FINANCIAL SERVICES C  CURRENT MORTG        .00              .00            .00
 GRP FINANCIAL SERVICES C  MORTGAGE ARRE        .00              .00            .00
 WELLS FARGO FINANCIAL BA  UNSECURED         5238.34             .00            .00
 AMERICAN GENERAL FINANCE  SECURED VEHIC     5000.00             .00         194.50
 FREEMONT INVESTMENT & LO  NOTICE ONLY     NOT FILED             .00            .00
 PLAZA BANK                NOTICE ONLY     NOT FILED             .00            .00
 PLAZA BANK                CURRENT MORTG        .00              .00            .00
 PLAZA BANK                MORTGAGE ARRE        .00              .00            .00
 WELLS FARGO AUTO FINANCE  SECURED VEHIC     9825.00             .00            .00
 WELLS FARGO AUTO FINANCE  UNSECURED        14487.33             .00            .00
 CIRCUIT CITY              SECURED NOT I     1645.73             .00            .00
 CIRCUIT CITY              UNSECURED          500.24             .00            .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED         7558.57             .00            .00
 CHASE BANK                UNSECURED          211.42             .00            .00
 FIA CARD SERVICES         UNSECURED        23785.57             .00            .00
 ECAST SETTLEMENT CORP     UNSECURED          400.00             .00            .00
 ECAST SETTLEMENT          UNSECURED        17149.12             .00            .00
 ECAST SETTLEMENT          UNSECURED        20817.35             .00            .00
 ECAST SETTLEMENT          UNSECURED         2734.40             .00            .00
 FIA CARD SERVICES         UNSECURED         2944.85             .00            .00
 NICOR GAS                 UNSECURED         9706.73             .00            .00
 ALLIANCE LAUNDRY SYSTEMS  SECURED NOT I    13475.00             .00            .00
 ALLIANCE LAUNDRY SYSTEMS  UNSECURED         7024.73             .00            .00
 DEBRA J VORHIES LEVINE    DEBTOR ATTY       2,815.00                       1,093.49
 TOM VAUGHN                TRUSTEE                                             112.01
 DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE               1,400.00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 03783 MARIOLA B PEREZ
```

```
PRIORITY                                                          .00
SECURED                                                        194.50
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,093.49
TRUSTEE COMPENSATION                                           112.01
DEBTOR REFUND                                                     .00
                                        ---------------   ---------------
TOTALS                                         1,400.00          1,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```